**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Maurice DAWSON, Defendant–Appellant.**

**No. 08–3529.**

United States Court of Appeals, Sixth Circuit.

Aug. 14, 2009.

Before: KEITH, GIBBONS, and KETHLEDGE, Circuit Judges.

JULIA SMITH GIBBONS, Circuit Judge.

Defendant Maurice Dawson appeals from the district court's denial of his motion to reduce sentence under 18 U.S.C. § 3582(c)(2). Dawson argues that the district court erred in concluding that Dawson's status as a career offender prohibits a court from modifying his sentence. At oral argument, Dawson's counsel conceded that this court's recent decision in *United States v. Perdue,* 572 F.3d 288, 292 (6th Cir.2009), which held that defendants sentenced as career offenders are ineligible for sentence reductions based upon

Amendment 706 of the Guidelines, forecloses his argument. *See* United States Sentencing Guidelines Manual app. C, amend. 706 (2007) (reducing the base-offense level for crack cocaine offenses). Consequently, we affirm the order of the district court denying Dawson's motion to reduce sentence.